**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kim McMillan                                                     CHAPTER 13
       Tammy L. McMillan

           Debtor(s)                                            BKY. NO. 24-10828 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
20 Mar 2024, 15:19:51, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322