**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIM MCMILLAN | : | |
| TAMMY L. MCMILLAN | : | |
| | : | |
| DEBTORS | : | NO. 24-10828 (PMM) |

**CERTIFICATE OF SERVICE**

    I, David B. Spitofsky, Esquire, hereby certify that on May 29, 2024 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

    Frederic J. Baker, Esquire
    Assistant United States Trustee
    Office of the United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 40837
    Philadelphia, PA 19107

    /s/ David B. Spitofsky
    David B. Spitofsky, Esquire
    516 Swede Street
    Norristown, PA 19401
    Phone No. (610) 272-4555
    Fax No. (610) 272-2961
    Email: spitofskylaw@verizon.net