United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10828-pmm
Kim McMillan     Chapter 13
Tammy L. McMillan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 09, 2024     Form ID: 155     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kim McMillan, Tammy L. McMillan, 424 Bush Street, Bridgeport, PA 19405-1402 |
| 14872867 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14863868 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14866754 | + | Nationstar Mortgage LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14864614 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863872 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 10 2024 00:21:26 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 14873403 | | Email/Text: BKPT@cfna.com | Jul 10 2024 00:02:00 | CREDIT FIRST N.A., P.O. BOX 818011, CLEVELAND, OH 44181-8011 |
| 14863873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 00:22:08 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14876030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 00:10:05 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14875781 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2024 00:22:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14863875 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 10 2024 00:03:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14863876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 00:02:00 | Comenity Capital/Dell, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14863877 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2024 00:21:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 14888904 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 10 2024 00:03:00 | DBA US Digestive Health, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14863879 | | Email/Text: bankruptcy@diamondcu.com | Jul 10 2024 00:02:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 14863878 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 00:03:00 | Dept Of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14863871 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 10 2024 00:03:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14882913 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 00:10:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882372 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 10 2024 00:02:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14863880 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2024 00:02:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14881112 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 10 2024 00:02:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14863881 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 10 2024 00:02:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14882483 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2024 00:36:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14881388 | + | Email/Text: bankruptcy@purchasingpower.com | Jul 10 2024 00:03:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE Bldg 2,Ste 1200, Atlanta, GA 30339-6143 |
| 14889386 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 00:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14881431 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 00:02:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14863882 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 00:11:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14863883 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 10 2024 00:02:00 | Toyota Financial Services, Attn: Bankruptcy, P.O. Box 259001, Plano, TX 75025-9001 |
| 14863884 | | Email/Text: bknotice@upgrade.com | Jul 10 2024 00:02:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14869913 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 00:03:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14864428 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 10 2024 00:21:26 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14883807 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2024 00:36:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14865956 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:36:35 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 14863885 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 00:10:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14863874 | *+ | Capital One Bank, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14863869 | *+ | Kim McMillan, 424 Bush Street, Bridgeport, PA 19405-1402 |
| 14863870 | *+ | Tammy L. McMillan, 424 Bush Street, Bridgeport, PA 19405-1402 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 155 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

**Name**  **Email Address**

DAVID B. SPITOFSKY
on behalf of Joint Debtor Tammy L. McMillan spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DAVID B. SPITOFSKY
on behalf of Debtor Kim McMillan spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kim McMillan ) | Case No. 24−10828−pmm |
| ) | |
| ) | |
|    Tammy L. McMillan ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 9, 2024                                                                 For The Court

                                                                                                                     Patricia M. Mayer
                                                                                                                     Judge, United States Bankruptcy Court