UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| KIM MCMILLAN AND : | |
| TAMMY L. MCMILLAN : | |
| : | Case No.   24-10828-PMM |
| Debtors. : | |
| : | |

**ORDER**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement relating to Proofs of Claim Nos. 11 and 19 filed by PECO;

**AND**, the Court concluding that the subject Proofs of Claim (including attachments) (Claim Nos. 11 and 19) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim Nos. 11 and 19 on the Claims Register forthwith**.

3. The Clerk **SHALL MARK AS WITHDRAWN Claim No. 11 on the Claims Register forthwith**.

4. PECO shall file a redacted replacement proof of claim **on or before** July 23, 2024.

Dated: **July 16, 2024**

*Patricia M. Mayer*

**Honorable Patricia M. Mayer**
**United States Bankruptcy Judge**