United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10828-pmm |
| Kim McMillan | Chapter 13 |
| Tammy L. McMillan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kim McMillan, Tammy L. McMillan, 424 Bush Street, Bridgeport, PA 19405-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Tammy L. McMillan spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Kim McMillan spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LYNN R. ZACK | on behalf of Creditor PECO Energy Company lynn.zack@exeloncorp.com  maryellen.white@exeloncorp.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
 :  Chapter 13
KIM MCMILLAN AND  :
TAMMY L. MCMILLAN  :
 :  Case No.   24-10828-PMM
Debtors.  :
 :

**ORDER**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement relating to Proofs of Claim Nos. 11 and 19 filed by PECO;

**AND**, the Court concluding that the subject Proofs of Claim (including attachments) (Claim Nos. 11 and 19) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim Nos. 11 and 19 on the Claims Register forthwith**.

3. The Clerk **SHALL MARK AS WITHDRAWN Claim No. 11 on the Claims Register forthwith**.

4. PECO shall file a redacted replacement proof of claim **on or before** July 23, 2024.

Dated: **July 16, 2024**

/s/ Patricia M. Mayer

**Honorable Patricia M. Mayer**
**United States Bankruptcy Judge**