**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-10828** |
| **Kim McMillan** : | **Chapter 13** |
| **Tammy L. McMillan** : | **Judge Patricia M. Mayer** |
| : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                  Respectfully submitted,

                                  /s/ Alyk L. Oflazian
                                  Alyk L. Oflazian, Esquire (312912)
                                  Adam B. Hall (323867)
                                  Stephen R. Franks (0075345)
                                  MDK Legal
                                  P.O. Box 165028
                                  Columbus, OH  43216-5028
                                  Telephone: 614-220-5611
                                  Fax: 614-627-8181
                                  Attorneys for Creditor
                                  The case attorney for this file is Alyk L. Oflazian.
                                  Contact email is ALOflazian@mdklegal.com

24-023612_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-10828** |
| **Kim McMillan** : | **Chapter 13** |
| **Tammy L. McMillan** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David B. Spitofsky, Attorney for Kim McMillan and Tammy L. McMillan, spitofskybk@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kim McMillan and Tammy L. McMillan, 424 Bush Street, Bridgeport, PA  19405

/s/ Alyk L. Oflazian

24-023612_PS