# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-10828** |
| **Kim McMillan** | : | **Chapter 13** |
| **Tammy L. McMillan** | : | **Judge Patricia M. Mayer** |
| | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 6, 2024 at 01:00 p.m.** |
| | : | |
| vs | : | |
| | : | **U.S. Bankruptcy Court,** |
| **Kim McMillan** | : | **900 Market Street, Courtroom #1,** |
| **Tammy L. McMillan** | : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE WITH 30 DAY WAIVER

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before October 24, 2024, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

24-023612_BEW1

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on **November 6, 2024 at 01:00 p.m**. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __10/09/2024_____

24-023612_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 24-10828** |
| **Kim McMillan** | **Chapter 13** |
| **Tammy L. McMillan** | **Judge Patricia M. Mayer** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Date and Time of Hearing** |
| | **Place of Hearing** |
| **Movant,** | **November 6, 2024 at 01:00 p.m.** |
| **vs** | |
| | **U.S. Bankruptcy Court,** |
| **Kim McMillan** | **900 Market Street, Courtroom #1,** |
| **Tammy L. McMillan** | **Philadelphia, PA, 19107** |
| **Kenneth E. West** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE WITH 30 DAY WAIVER

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David B. Spitofsky, Attorney for Kim McMillan and Tammy L. McMillan, spitofskybk@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kim McMillan and Tammy L. McMillan, 424 Bush Street, Bridgeport, PA  19405

/s/Stephen R. Franks

24-023612_BEW1