**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-10828** |
| **Kim McMillan** : | **Chapter 13** |
| **Tammy L. McMillan** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **November 6, 2024 at 01:00 p.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court,** |
| **Kim McMillan** : | **900 Market Street, Courtroom #1,** |
| **Tammy L. McMillan** : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** : | |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS**
**FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2017 RAM**
**1500 WITH THE VEHICLE IDENTIFICATION NUMBER 3C6RR7LT2HG524339**
**(DOCUMENT NO. 26)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on October 9, 2024 at Document No. 26 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 24, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks
Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028

24-023612_BEW1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Case 24-10828-pmm    Doc 29    Filed 10/31/24    Entered 10/31/24 16:35:10    Desc Main
Document      Page 2 of 3

24-023612_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 24-10828 |
| **Kim McMillan** | : **Chapter 13** |
| **Tammy L. McMillan** | : **Judge Patricia M. Mayer** |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : **Date and Time of Hearing** |
| | : **Place of Hearing** |
| **Movant,** | : **November 6, 2024 at 01:00 p.m.** |
| **vs** | : |
| | : **U.S. Bankruptcy Court,** |
| **Kim McMillan** | : **900 Market Street, Courtroom #1,** |
| **Tammy L. McMillan** | : **Philadelphia, PA, 19107** |
| **Kenneth E. West** | : |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to Repossess the 2017 Ram 1500 with the Vehicle Identification Number 3C6RR7LT2HG524339 (Document No. 26) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David B. Spitofsky, Attorney for Kim McMillan and Tammy L. McMillan, spitofskybk@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Kim McMillan and Tammy L. McMillan, 424 Bush Street, Bridgeport, PA  19405

/s/Stephen R. Franks

24-023612_BEW1