# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    KIM MCMILLER<br>    TAMMY L. MCMILLAN<br>        Debtor(s)<br>NATIONSTAR MORTGAGE LLC<br>        Movant<br>v.<br>KIM MCMILLER<br>TAMMY L. MCMILLAN<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-10828-pmm |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Nationstar Mortgage LLC has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 424 Bush St, Bridgeport, PA 19405.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 6, 2025, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

                              Daniel P. Jones
                              Stern & Eisenberg, PC
                              1581 Main Street, Suite 200
                              The Shops at Valley Square
                              Warrington, PA 18976
                              Telephone: (215) 572-8111
                              Facsimile: (215) 572-5025
                              djones@sterneisenberg.com

and to the Trustee:    Kenneth E. West
                              Ch. 13 Trustee
                              190 N. Independence Mall West
                              Suite 701
                              Philadelphia, PA 19106

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on August 20, 2025, at 1:00PM in 3, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                                STERN & EISENBERG, PC

                                                *By: /s/ Daniel P. Jones*
                                                Daniel P. Jones
                                                1581 Main Street, Suite 200
                                                The Shops at Valley Square
                                                Warrington, PA 18976
                                                Phone: (215) 572-8111
                                                Fax: (215) 572-5025
                                                Bar Number: 321876
Date: July 23, 2025                     Email: djones@sterneisenberg.com