# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>KIM MCMILLAN<br>TAMMY L. MCMILLAN<br><br>Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC<br>Movant<br><br>v.<br><br>KIM MCMILLAN<br>TAMMY L. MCMILLAN<br><br>Debtor(s)<br><br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 24-10828-pmm<br><br>Judge: MAYER, PATRICIA M. |

## ORDER APPROVING STIPULATION

AND NOW, upon consideration of the Stipulation between Debtor and Nationstar Mortgage LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: **September 10, 2025**

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE