# United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

IN RE:    TAMMY L MCMILLAN    CASE NO.: 24-10828
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 4-2, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

Old Notifications address    New Notifications address

Old payment address    New payment address
Wells Fargo Auto    Wells Fargo Auto
PO Box 17900    PO Box 51963
Denver CO 80217-0900    Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/24/2025    /s/Lisa Johnson
Account Resolution Associate Manager
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

## Certificate of Service

Eastern District of Pennsylvania (Philadelphia)

IN RE:   TAMMY L MCMILLAN            CASE NO:  24-10828
                                     CHAPTER:  13

   Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/24/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]

09/24/2025                              /s/Lisa Johnson
                                        Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.