**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:                                                    CHAPTER 13
Tammy L. McMillan                          CASE NO: 24-10828
                                                            JUDGE Patricia M. Mayer

        Debtor(s)

_____/

## SATISFACTION OF PROOF OF CLAIM, PACER CLAIM NUMBER 12

**TO**: Debtor(s), Attorney for Debtor(s), Chapter 13 Trustee and all interested

parties:

**NOTICE IS HEREBY GIVEN** that the Proof of Claim filed by Purchasing

Power, LLC, on May 4, 2024, and assigned Pacer claim number 12 has been satisfied

as of the date of this Notice and should any remaining balance exist on the debt, said

balance has been forgiven.  Accordingly, any future disbursements by the Trustee

on Pacer claim number 12 should cease at this time.

Dated: April 28, 2026



/s/Yolanda Ross
Yolanda Ross
Purchasing Power, LLC
2727 Paces Ferry Road
Building 2, Suite 1200
Atlanta, GA 30339
404-609-5363
bankruptcy@purchasingpower.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

IN RE:
Tammy L. McMillan

**CHAPTER 13**
**CASE NO: 24-10828**
**JUDGE Patricia M. Mayer**

Debtor(s)

_____/

## SATISFACTION OF PROOF OF CLAIM, PACER CLAIM NUMBER 12

**TO**: Debtor(s), Attorney for Debtor(s), Chapter 13 Trustee and all interested

parties:

**NOTICE IS HEREBY GIVEN** that the Proof of Claim filed by Purchasing

Power, LLC, on May 4, 2024, and assigned Pacer claim number 12 has been satisfied

as of the date of this Notice and should any remaining balance exist on the debt, said

balance has been forgiven.  Accordingly, any future disbursements by the Trustee

on Pacer claim number 12 should cease at this time.

Dated: April 28, 2026



/s/Yolanda Ross
Yolanda Ross
Purchasing Power, LLC
2727 Paces Ferry Road
Building 2, Suite 1200
Atlanta, GA 30339
404-609-5363
bankruptcy@purchasingpower.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

IN RE:
**Tammy L. McMillan**

**CHAPTER 13**
**CASE NO: 24-10828**
**JUDGE Patricia M. Mayer**

Debtor(s)

_____/

## SATISFACTION OF PROOF OF CLAIM, PACER CLAIM NUMBER 12

**TO**: Debtor(s), Attorney for Debtor(s), Chapter 13 Trustee and all interested parties:

**NOTICE IS HEREBY GIVEN** that the Proof of Claim filed by Purchasing Power, LLC, on May 4, 2024, and assigned Pacer claim number 12 has been satisfied as of the date of this Notice and should any remaining balance exist on the debt, said balance has been forgiven. Accordingly, any future disbursements by the Trustee on Pacer claim number 12 should cease at this time.

Dated: April 28, 2026

/s/Yolanda Ross
Yolanda Ross
Purchasing Power, LLC
2727 Paces Ferry Road
Building 2, Suite 1200
Atlanta, GA 30339
404-609-5363
bankruptcy@purchasingpower.com


FILED
MAY 5 2026
CLERK OF COURT



Clerk's Office
U.S. Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107